UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 2:13-MJ-1157-BO

FILED
NOV 0 1 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NATHAN A. BATURKA ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the the above entitled matter and outstanding warrant. For good cause shown, the court hereby GRANTS the government's motion, and ORDERS that the clerk to dismiss the matter and recall the warrant for arrest in the above-captioned case.

So ORDERED, this __1__ day of November, 2013.

TERRENCE W. BOYLE
United States District Judge